UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CATALINA CASTILLO, as Personal
Representative of the Estate
of Isidro Castillo, deceased,

    Plaintiff,

v.                                           No. 1:16-cv-01347 RB/KK

HALLMARK INSURANCE COMPANY,
fka Phoenix Indemnity Insurance Company,

    Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Motion to Dismiss With Prejudice, the Court having considered the Motion and being otherwise fully informed in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the First Amended Complaint, together with all other claims that could have been asserted therein, be and hereby is dismissed with prejudice, with each party to bear her or its own costs and attorney's fees.

_____
Robert C. Brack
United States District Judge

Approved:

/s/ *Daniel W. Lewis*
Daniel W. Lewis
Allen, Shepherd, Lewis & Syra, P.A.
*Attorneys for Defendant*

*Approved via Email 3/13/17 by Michael Ross*
Michael C. Ross
David E. Idinopulos
Elias Law, P.C.
*Attorneys for Plaintiff*